

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MICHELLE E. BURNEY )
_____, )
Plaintiff(s), )
)
vs. )  Case No.
)
EASTERN ILLINOIS UNIVERSITY )  **1:17-cv-06541**
(CARMEN HALL DORM), BILL CLINTON REGIME ) **Judge Andrea R. Wood**
BILL CLINTON, HILLARY CLINTON ) **Magistrate Judge Daniel G. Martin**
ALBERT GORE, DENNIS SIBIT, )
BILL CLINTON REGIME (crew members) )
Defendant(s). JOHN DOE'S )
JOHN DOE's 1, 2, 3 )

**RECEIVED SEP 11 2017**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is MICHELLE E. BURNEY.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __Eastern Illinois University (Carmen Hall)__, is
   (name, badge number if known) Supplemental #4 (see) 2a.

   ☐ an officer or official employed by _____;
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

**If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.**

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __March 20, 1977__, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Eastern Illinois University, Charleston, Illinois 61920__, in the County of __Coles__,
   State of Illinois, at __Eastern Ill. Univ. Carmen Hall Dorm, Charleston, Ill 61920__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows **(Place X in each box that applies)**:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: Threaten to MURDER ME to this day, Because and their involvement Attempt to harm me at anytime, Cover up of Treason, imprisonment, cruel undue process with John doe 1, 2, 3. Attempt to do harm - mockery of Rape etc. and unusual punishment, Attempted murder on my life, enslaved, undue process participated in organized teams of men at Carmen hall Led by Bill Clinton. Committed Corruption and Cover up of treason, obstructed U.S. Constitution. Attempts on my life to do me² harm that cause fear. Covering up torture methods by making me afraid to expose or talk on this subject. Robbed + personal information mixed up just to made as a joke or outcast from Eastern Ill. Univ

2

PAGE 2a.

**SUPPLEMENTAL #4**

**DEFENDANTS:** ARE INDIVIDUALS NOT EMPLOYED BY A GOVERNMENTAL ENTITY THAT ACTED AS A REGIME OF BILL CLINTON'S. INCLUDING BILL CLINTON. Unsure

1. BILL CLINTON
2. HILLARY CLINTON
3. ALBERT GORE
4. DENNIS SIBIT

**OTHER DEFENDANTS:** THAT ACTED AS BILL CLINTON'S REGIME, CREW MEMBERS INCLUDED THE FOLLOWING:

5. JOHN DOE #1 CREW MEMBER ( RAPIST)
6. JOHN DOE #2 CREW MEMBER ( ARRESTING OFFICER)
7. JOHN DOE #3 CREW MEMBER ( HALLWAY SHOOTER)

ARE ON INFORMATION AND BELIEF, NOT EMPLOYED BY A GOVERNMENT ENTITY.

Michelle E Burney

<u>EASTERN ILLINOIS UNIVERSITY (CARMEN HALL)</u>
BILL CLINTON, HILLARY CLINTON, ALBERT GORE, DENNIS SIBIT, BILL CLINTON REGIME CREW (John Doe #1,2,3)

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

Unknown_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

4

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Bill Clinton and Bill Clinton regime committed Treason all types of Treason. Attempting to kill me at any time for reporting their involvement and forcing me to sign legal documents against my will which at one point he, Bill Clinton declared me dead in Carmen Hall dorm room. Bill Clinton gain access of my person information and from being in a public office assorted my personal information to extort and cover up his involvement in committing Treason against me and what I saw behind Carmen Hall. He used my account information to settle in or/and out of courts issues that may exist relating to this subject. Not reporting accurate reports of his and his regime involvements have caused me harm and damages to this day. I have never gotten any money for these damages that is causing me pain and mockery and threats against my life, afraid he will kill me or plan it; and you will get the same thing Helen Brach got dead.. The Bill Clinton Regime from what I had seen included groups of men, a crew, organized by Bill Clinton to act as one under his orders and command to force me to sign legal documents at Eastern Ill. Univ. in Carmen Hall.

The Bill Clinton regime also included Albert Gore and Hillary Clinton, who acted with Bill Eastern Clinton Regime to give orders and where gorilla mask to enter my dorm room, who also committed previous murders on my life with Bill Clinton regime at Eastern Illinois Univ, Carmen Hall Dorm, and Charleston, Illinois 61920 in March and early April of 1977. This attempting to murder me at anytime from their involvement is because I asked for help because of what I saw and asking for help trying to use the phone. Eastern Ill. Univ. participated, hosted and cover up Treason, imprisonment and cruel and unusual punishment, yet they express to me it never happened. They have no accurate records of this ever happened to this day. Eastern Illinois University(E.I.U.), student, Dennis Sibit, who did nothing to help me when he, and Bill Clinton regime, crew members rapist # 1, who entered dorm room had raped me, beat me in my face and chest with his fist and choked me. Because I did not sign some legal documents creating pain and fear attempting to kill me if I mentioned these incident from Hillary Clinton instructions. Eastern Ill. Univ and Student(Dennis Sibit) aided and gave comfort to the enemies, and the Bill Clinton Regime when they entered my dorm room and covered it up when Hillary sexually assaults on me with a gorilla mask on as she entered and left my dorm room. The Bill Clinton regime force me to sign legal documents against my will and if I did not sign, the Bill Clinton Regime force me to from the Treason, undue process, false arrest by Bill Clinton regime member #2. Imprisonment,torture,beaten by rapist #1 fist, kicked by foot, could not use the toilet and bathroom and eat voluntarily, drugged with needles every day for a week and several days from Bill Clinton and Albert Gore. Bill Clinton regime with Bill Clinton acted to force golf balls (large golf balls into my mouth and ducked tape my mouth close with duck tape, tied my feet and hands with rope so I could not scream for help or get help. Hillary Clinton tossed large pills down my throat while Bill Clinton regime, crew member #2 held my hands and hit me with a rubber instrument impacted my head causing me damages, brain dysfunction and slow to respond to many issues financially, physically and emotionally. This was until Military personnel arrive on campus and telling them to punish me with his corruption; and only to be told I would be saved and this was never reported correctly. These conditions existed and the principal of the matters still exist. This cruel and unusual punishment upon me also obstruction of U.S. Constitution and violation of my right to this day creating damages that is taking place now. Just like he done my mother and me in past, when I saw Bill Clinton rape a little girl, who lived in the same building about 7 or 8 years old. named Brenda Saunders on 56th Prairie with my sister Judy A. Burney about 7 years performing licking on his penis also. Bill Clinton knocked me into a brick wall with his fist in the basement and caused a series of nose bleeds when I tried to pull my sister from him. I managed to get up and call the police. He would sneak around and entered our apartment several times when I was about 6 years old and hold me against my will to create fear so I would change my report. Theses Bill Clinton surprise attacks violating my rights, created damages that is taking place at present(2017 etc). That is one reason it should be presented in the northern district court system. The Bill Clinton regime begun to inflict fear and pain on me at Eastern Ill. Univ. with no corrected reports ever written report. It begun when I saw a lady,( believed to be The Candy Heiress, Helen Brach), behind Carmen Hall Dorm being held in a choke hold with a gun(shotgun) aimed at her head from a blonde headed white man, inches taller than Helen Brach,who was wrapped in a blanket told me to get back or he would shoot me and her when I stepped closer and asked him to let her go. He refused and said to step back. I told him I was going to call the police. Thats when I was falsely arrested by Bill Clinton regime, escorted to my dorm room in Carmen Hall could not use the phone or ask for help. Bill Clinton regime followed Bill Clinton Command controlling the dorm, Carmen Hall, my room on 6th floor and in/outside dorm and force them to follow the Bill Clinton regime orders not to interfere or help me(Michelle E. Burney). Bill Clinton and Albert Gore held me hostage in liquor store, drove me to store and from store in stolen car threatening the driver, robbed me or clothes, shoes, checkbook., I had on a gown. They force me to sign a check for liquor with a gun(shotgun) between my ribs from behind me by Albert Gore. He attempted to kill me again at dorm with his gun aimed at my head me on ground by dorm. I was shot at in Carmen Hall dorm 6th floor Hallway by Bill Clinton regime #3 for leaving the dorm room to use the bathroom. Blood and feces accumulated on me while I watched my body deteriorate, which reduced my quality of life also from this day damages. I could see, hear and think. The Bill Clinton Regime wrapped me in a sheet while I was drugged, taken to the stairs to fall down them from the 6th floor. Bill Clinton regime created accidents, slowness, damages to body and mine, people to see me as incompetent. Inflicting fear, pain bodily harm, people mockery of me; and mind trickery, saying it did not happen, she's crazy. Fear from surprise attacks and attempts of murder on my life from Bill Clinton and Bill Clinton Regime from this day. Due to reports never accurate, changing personal information to cover up this reported and their pestering, this mockery because they never had to face the principal of the matter of the conditions of hatred, treason and aftermath in the court system or pay for this imprisonment and their involvement.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

NOTHING HAS BEEN REPORTED ON MY BEHALF TO THIS DAY. FROM MY FIRST ADMISSION IN AUGUST OF 1976 MY RECORDS HAD CHANGED HANDS AND IN MARCH OF 1977 AND EARLY APRIL 1977 MY EASTERN ILLINOIS UNIVERSITY RECORDS HAD CHANGED DUE TO EASTERN ILL. UNIV. (E.I.U.), BILL CLINTON AND BILL CLINTON'S REGIME INTERFERING, FALSEFIED RECORDS, FORCING ME TO SIGN OTHER LEGAL DOCUMENTS AGAINST MY WILL, TORTURE METHODS USED ON ME WITH IMPRISONMENT, CRUEL AND UNUSUAL PUNISHMENT ETC.
I WAS TOLD I WOULD BE THROWN OUT OF COLLEGE, PUT IN JAIL AND PHYSICALLY BEATEN AND KILL ALONG WITH THEIR BRUTAL TORTURE METHODS AT E.I.U. ATTEMPTING TO MURDER ME AT ANY TIME IF I EVER MENTION THEIR INVOLVEMENT, THAT TOOK PLACE ALONG THIS TIME PERIOD. THEY ATTEMPTED TO KILL ME AT EASTERN ILLINOIS UNIVERSITY WITH NO ACCURATE RECORDS REPORTED . MY PERSONAL RECORDS FILE RECORDS FROM EASTERN ILL. UNIV DOES NOT QUESTION ANY OF THIS NEVER REPORTED THESE EVENTS NOR EXPLAINED DETAILS TO E.I.U. POLICE. WHICH I HAD TOLD THE OFFICIAL AFTER THE OFFICIAL PULLED ONE OF DEFENDANTS OFF OF ME WHEN I WAS BEING RAPED FROM ONE OF THE RAPIST DEFENDANT WITH HIS PENIS INSIDE ME AND HIS PENIS WAS SHOWING NEAR THE HALLWAY AND DENNIS SIBIT HAD HIS PANTS OPEN.

DEFORMATIION OF CHARACTER FROM MOCKERY FROM DEFENDANTS AND REPORTS OF NOTHING NEVER HAPPENED TO MAKE THEIR UNIVERSITY LOOK GOOD TO THE PUBLIC. ALSO ONE TIME TAKEN FROM COLLEGE DORM ROOM WITH GOWN ON BY TWO MEN, AND TOLD THAT YOUR OLD MAN HAS TAKEN MY APARTMENT TO SEE TWO DEFENDANTS AFTER BEING DRUGGED BY THEM. THESE DEFENDANTS WAS HAVINING SEXUAL PLAY WITH THEIR PENIS ES TOGETHER, THIS WAS BILL CLINTON AND ALBERT GORE. DEFENDANTS(BILL CLINTON AND ALBERT GORE WITH LIQUOR NEAR THEM IN A THEN STUDENT APARTMENT THAT THEY POSSESED OR SEIZED NOT TO FAR FROM CARMEN HALL AT E.I.U. DORM.
TRAUMA OF VICTIMIZATION AND, THREATEN MY LIFE, DEATH THREATS AND ATTEMPTS AGAINST ME THE VICTIM.
UNDER FREEDOM OF SPEECH-LIBEL. FAILURE TO REPORT A CRIME UNDER FEDERAL LAW 18 U.S.C. SECTION 4 .
COVER UPS CRIMINAL ACT ON CAMPUS ANF ATTEMPTS TO MURDER ME AT ANY TIME. SEEKING CIVIL DAMAGES FROM PARTICIPATE UNDER 42 U.S.C.1985. PROCTECT MY RIGHT UNDER ARTICLE 7 VIOLATED.

THEREFORE, REMEMBER MY CIVIL RIGHT ▬ BEING VIOLATED BASED ALSO ON 42 U.S.C. 1983. ILLL.720ILCS, 18U.S.C.82381, 5TH AMENDMENT, 4TH, AMENDMENT, 3RD AMENDMENT, 8TH, AMENDMENT, 6TH, AMENDMENT, 14TH, AMENDMENT, ARTICLE 11 & 12 ETC. MENTION ON THE FOLLOWING JURISDICTION CODE PAGES.
DEFENDANTS, BILL CLINTON AND BILL CLINTON REGIME TO COMMIT FIRST DEGREE MURDER AGAINST MY LIFE, DEFAMATION OF CHARACTER AND OTHER EVENTS OF DEFENDANTS, TAKING ME OUT OF DORM ROOM HOLDING ME HOSTAGE IN LIQUOR STORE. UNDER THE JURISDICTION CODE ETC. THAT ARE DESCRIBED ON OTHER PAGES. I AM STILL BEING PESTERED, HARASSED, DEFAMATION OF MY CHARACTER, HECKLING THAT I WILL BE KILLED FROM WHAT HAPPEN AT EASTERN ILLINOIS UNIVERSITY(E.I.U.)WITH THEIR INVOLVEMENT IN NOT LETTING ME EXPRESS TO POLICE ABOUT A LADY ABOUT TO BE MURDER AND DEFENDANTS, THEIR INVOLVEMENT AND ME AS VICTIM. OF CRUEL AND UNUSUAL PUNISHMENT WITH THREATS AGAINST MY LIFE. THREATEN ME WITH TORTURE METHODS AGAIN RECEIVED LIKE ON E.I.U., DORM AND DORM ROOMS STILL EFFECTING ME NOW. IF I EXPLAIN TO PEOPLE, THE PUBLIC ABOUT MY SELF AND MY HISTORY THIS IS PART OF IT AND IS MAKING ME AFRAID OF DEATH THREATS AGAINST FROM DEFENDANTS INVOLVEMENT. IN 1976 THIS WAS NOT THE CASE. THESE RECORDS(FILES)AT EASTERN LLINOIS UNIVERSITY, DORM AND DORM ROOM. FALSIFIED BY DEFENDANTSS TO THIS DAY STILL, E.I.U. POLICE AND UNIVERSITY STATES NOTHING HAPPEN WITH ME AT EASTERN ILLINOIS UNIVERSITY.

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

Ultimately, the Jurisdiction code 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant and would like to add this as a reminder that I am a victim (Michelle Burney). Tampering with evidence by concealing the facts at Eastern Illinois University as defendants are doing. I would like to present this as relevant to my case. I also presented this to the Hibbler Pro Se program. I saw four different people and I believe they had been influence by one of the defendants at the Hibbler Pro Se Free Program. One of the representative, who I spoke with was Karen Doran, who, wanted me to take one of the defendants out of my complaint, and then stated that he will come later when you present the case. I also was not told which code tampering with evidence would categorizes as, but know I tried to speak, regarding covering up facts in my complaint only to be told by those representatives that I did not have a case and they cancelled future appointments. I asked Karen Doran for her supervisor information and she stated to me, "~~[redacted]~~ if you want to make a complaint. Because I asked her that I would like to make a grievance, and how do I make one or a complaint. She, Karen Doran gave me a sheet of paper with information. I also spoke with their supervisor (Miguel K.) approx. July 31, 2017 who stated they did not think I had a case and that I refuse to listen. Only to be told by this supervisor Miguel K. at the LAF (legal Aid foundation), we only employ two people so who did you speak to I told him and he dismissed evidence and stated we cannot help you, do not call here again with a complaint or any other reason. The Human Resources dept. at the Clerks of Circuit Court of the Northern District also told me to call the legal aid foundation which did not make any sense to me after talking to Alex. Aug. 1, 2017. After I told him what the supervisor Miguel at the LAF told me (Michelle Burney).
(1) Whoever kills or attempts to kill another person, with intent to—

(A)
Prevent the attendance or testimony of any person in an official proceeding;

(B)
Prevent the production of a record, document, or other object, in an official proceeding; or

(C)
prevent the communication by any person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;

shall be punished as provided in paragraph (3).

(2) Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to—
(A)
influence, delay, or prevent the testimony of any person in an official proceeding;
(B) cause or induce any person to—
(i)
withhold testimony, or withhold a record, document, or other object, from an official proceeding;
(ii)
alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official proceeding;
(iii)
evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or
(iv)
be absent from an official proceeding to which that person has been summoned by legal process; or
(C)

4c

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings;

shall be punished as provided in paragraph (3).

(3) The punishment for an offense under this subsection is—

(A)

in the case of a killing, the punishment provided in sections 1111 and 1112;

(B) in the case of—

(i)

an attempt to murder; or

(ii)

the use or attempted use of physical force against any person;

imprisonment for not more than 30 years; and

(C)

in the case of the threat of use of physical force against any person, imprisonment for not more than 20 years.

(b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to—

(1)

influence, delay, or prevent the testimony of any person in an official proceeding;

(2) cause or induce any person to—

(A)

withhold testimony, or withhold a record, document, or other object, from an official proceeding;

(B)

alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;

(C)

evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or

(D)

be absent from an official proceeding to which such person has been summoned by legal process; or

(3)

hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation [1] supervised release,[1] parole, or release pending judicial proceedings;

Shall be fined under this title or imprisoned not more than 20 years, or both.

The Jurisdiction code 18 U.S. Code § 1512

The Jurisdiction code 18 U.S. Code § 1512

4d

9

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

_____
_____

11. Defendant acted knowingly, intentionally, willfully and malicioulsy.

12 As a result of defendant's conduct, plaintiff was injured as follows:

Attempting to kill me, threats for mentioning their involvement(The Bill Clinton and his Regime following his orders and commands) from what I saw is causing me problems and no money damages ever rewarded for these treason's upon me. Pain and suffering from mockery, sexual aggravated assaults and insults from reports covered ups with no accurate reports. Also causing financial troubles and job losses and isolation from their involvements, and wanting a decent career as a doctor was not possible from his surprise attacks Some people knowing and keeping it a secret from fear of being killed and heckled. Threats on my life in 1977 and threaten to harm me after attempts to kill me, threaten my life for reporting their involvement and if they have to pay for their involvement. They keep as a secret. Also, the cover up of treason, imprisonment and a crime that I saw, a lady being held against her will that no one seem to care about wrapped in a blanket that could have been prevented. I believe it was Helen Brach still missing to this day.

Attempting to murder me by torture, and cruel and unusual punishment in a dorm room at Eastern Illinois University while injecting me with a poison or drug. They were not doctors neither. I am still being pestered, mocked by their secrets and silents on this subject with mockery they keep and never accurately reported(she needed some that's why she was raped, she is crazy(me not knowing why the mockery),she is a whore from the gardens, whore nigger, she stole that rock, she got my teeth knocked out, she will winded up like Helen brach, she's nothing but a vegetable, she is stupid look where she lives, don't even own a bed, Bill Clinton and Hillary might kill me too if I say something about it, I tried to help her, what a waste, she's just like Vivian, Where is your big Black mamma now she can not help you.). Bill Clinton have help define a name for me for the public to use. If I do nothing now it will continue to bring sorrow. Bill Clinton and his regime, and defendant's etc. Mind trickery, corruption at Eastern Illinois University and mockery follow me to this day. This is almost as being enslaved by them and obstruction of the United States Constitution causing corruption of police Eastern Illinois, with Bill Clinton groups of men, organized to form a Bill Clinton Regime with others following his orders. This cover up makes this crime relevant now because it can always happen again and it could be me again because it was never settled, reported, and dealt with correctly on my behalf. My education was not free nor is my living arrangements. I asked my mother and family then for money. This happened because Bill Clinton intent was to make me afraid, looked at differently and me to settle for this pestering secrets of hatred that I can not comprehend, and treason. Lessen my full potential and worth in society. The corruption toward me and the government still covered up that tampered with evidence.

13. Plaintiff asks that the case be tried by a jury.  (Yes)　　　No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

   **WHEREFORE,** plaintiff asks for the following relief:

   A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: *Michelle Eileen Burney*  09/11/2017
   Plaintiff's name *(print clearly or type)*: Michelle Eileen Burney
   Plaintiff's mailing address: 618 South Wabash Ave. Apt 605
   City: Chicago    State: Illinois    ZIP: 60605
   Plaintiff's telephone number: (312) 273-7360
   Plaintiff's email address *(if you prefer to be contacted by email)*: b1u2r3@hotmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☒ No

   *If yes, please list the cases below.*

   1:93-cv-03314

   *Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

   5

MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605 , CHICAGO , Illinois 60605

## JURIDICTION: A FEDERAL QUESTION

- **ASSAULT OR BATTERY, KIDNAPPING OR ABDUCTION, FALSE ARREST OR IMPRISONMENT , SEXUAL ABUSE and VIOLATION OF CIVIL RIGHTS**
- **CRIME VICTIM COMPENSATION ACT OF 1973**
- **Violation of HEA OF 1965 AND/OR THE HEOA**

The Jurisdiction code 18 U.S. Code § 1512

MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605 , CHICAGO , Illinois 60605

**JURIDICTION: A FEDERAL QUESTION**

18 U.S.C. 82381

18 U.S.C. 2384

18 U.S.C. 2385

18 U.S.C. 2386

18 U.S.C. 2387

**TREASON ACT OF 1351- FORGERY**

**TREASON FELONY ACT 1848**

**SECTION 110 OF ARTICLE 111**

    **1. UNJUST IMPRISONMENT**

- **ARTICLE 1, 13,14,15,16 WAS IN VIOLATION OF THE U.S CONSTITUTION:**
- **Compensation for TORTURE because of UNDUE PROCESS**
- **RIGHT TO COMPLAIN Article 13**
- **RIGHT OF REDRESS AND /OR COMPENSATION Article 14**
- **COERCED STATEMENT Article 15**
- **OTHER CRUEL, IN HUMAN OR DEGRADING TREATMENT OR PUNISHMENT Article 16**
- **8TH AMENDMENT- THROUGH THE INADEQUATE CONDITION OF CONFINMENT,CRUEL AND UNSUAL PUNISHMENT.**
- **14TH AMENDMENT PHYSICAL SUFFERING**
- **5TH AND 14TH AMENDMENT PRECLUDE ABUSE WITHOUT DUE PROCESS**



MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605, CHICAGO, Illinois 60605

## JURIDICTION : FEDERAL QUESTION

18 U.S.C.   7,13
18 U.S.C.   3,371,1117
18 U.S.C.   113,114,1111,1113,2031
18 U.S.C.   2241-44
18 U.S.C.   366 3A(a).

22 U.S.C.   2671et.seq.

28 U.S.C.   2412
28 U.S.C.   1346(b)
28 U.S.C.   1350
28 U.S.C.   2671et.seq.

Model penal code section 243.1 (violation of state criminal law)

42 U.S.C.   1983
42 U.S.C.   1997
42 U.S.C.   1414
42 U.S.C.   1985
42 U.S.C.   2671et.seq.

THE END

MICHELLE BURNEY
618 SOUTH WABASH AVE. APT 605
CHICAGO, ILLINOIS 60605



MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605, CHICAGO, Illinois 60605

## ALLEGATIONS AND CLAIMS SUMMARY

- LIBEL, DEFAMATION  From Jurisdiction code 18 U.S.Code § 1512
- TORTURE TECHNIQUE: PHYSICAL AND PSYCHOLOGICAL

- TORT OF OUTRAGE, INTENTIONAL TORT
- ASSAULT(AGGRAVATED)
- CRIMINAL ASSAULT

## ALLEGATIONS OR CLAIMS

- HOLDING ME HOSTAGE
- FRAUD
- POSIONED AND DRUGGED(made stupefied and slow to respond.)
- VIOLATION OF HEA OF 1965 AND ALSO HEOA
- FALSE IMPRISONMENT
- SEXUAL ABUSE AND
- SEXUAL ASSAULT
- MIND TRICKERY
- EMOTIONAL DISTRESS AND THREAT OF PUNISHNENT
- FAILURE TO REPORT A CRIME AND UNDER FEDERAL LAW

- THEFT /LARCENAY OF PROPERTY
- AIDING AND ABETTING A CRIME(PENAL CODE SECTION 31)

- PUNISHMENT SYNDROME
- RAPE
- BATTERY/ASSAULT
- REPRESSED MEMORY, BRAIN DYSFUNCTION(FORCE THAT IMPACT HEAD)



14

MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605, CHICAGO, Illinois 60605

**SUMMARY OF ALLEGATIONS: THAT CAUSED violating my civil rights also. The main violation :**

**ALLEGATIONS OR CLAIMS**

**TREASON,**
REBELLION OR IN SURRECTION (PUTDOWN OR OPPOSE BY FORCE) THE AUTHORITY THERE OF OR FORCE TO PREVENT, HINDER, OR DELAY THE EXECUTION OF ONLY LAW OF UNITED STATES, OR BY FORCE TO SEIZE, TAKE, OR POSSESS ANY PROPERTY OF THE U.S. CONTRARY TO THE AUTHORITY.

**TREASON**
ADVOCATION OVERTHROW OF GOVERNMENT
**TREASON**
REGISTRATION OF CERTAIN ORGANIZATIONS
**TREASON**
GIVING AID AND COMFORT TO OUR ENEMIES
**TREASON**
AFFECTING ARMED FORCES GENERALLY
**TREASON**
FORGERY
**TREASON**
PETTY TREASON- AGGRAVATEDFORM OF MURDER
ATTEMPTED MURDER
**TREASON**
UNJUST IMPRISONMENT
TORTURE AND TORTURE TECHNIQUE



Michelle Burney, 618 South Wabash Ave apt 605 Chicago Illinois 60605

## MONEY DAMAGES

1. This gives me the right to be treated fairly and receive money for all the types of damages, plus court cost.
2. Injunctive damages, punitive damages, etc.
3. These non-economic damages in defamation cases also include such injuries as impairment to the victim's reputation and standing in the community, personal humiliation, shame, and disgrace.
4. A plaintiff in a defamation case could be based on many federal codes and is entitled to receive damages for any lost earnings, future lost earning capacity, and other lost business or economic opportunities that he/she suffered or is likely to suffer as a result of the defamatory statement (NOLO). If the court see's any other money damages that could be gain please apply it to my case.

MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605, CHICAGO, Illinois 60605

**END OF ALLEGATIONS**

**MONEY DAMAGES :**

**RELIEF: 15 MILLION DOLLARS IN CASH OR AUTHORIZED THE COURT SYSTEM TO DISTRIBUTE MONEY INTO MY ACCOUNT.**

**MONEY BASED ON COMPENSATION:** FOR violation of U.S. Laws and threaten to do bodily harm, attempting to murder me at any time, and Treason with imprisonment and punishment etc.

1. TREASON

2. PETTY TREASON

  AGGRAVATED FORM OF ATTEMPTED MURDER

3. UNJUST IMPRISONMENT

4. MAKE WAR AGAINST THE U.S. GOVERNMENT

5. ATTEMPT TO KILL A WITNESS

6. TORTURE TECHNIQUE USED in unjust imprison
RESULTED IN : SOME IF NOT ALL OF MY INJURY WITH INJURY FROM ALLEGATION

1. PHYSICAL AND EMOTIONAL IMPACT OF CRIME, PHYSICAL DAMAGE ATTEMPTED MURDER ON MY LIFE AND THEN RAN from room.
2. HELD HOSTAGE CAUSE INCOMPENTENCY SYNDROME(LOWER GRADES).



MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605 , CHICAGO , Illinois 60605

**MONEY DAMAGES**

**7. FALSE ARREST**

- LIBEL, DEFAMATION
- TORTURE TECHNIQUE: PHYSICAL AND PSYCHOLOGICAL
- TORT OF OUTRAGE, INTENTIONAL TORT
- ASSAULT(AGGRAVATED)
- CRIMINAL ASSAULT
- HOLDING ME HOSTAGE
- FRAUD
- POSIONED AND DRUGGED

- VIOLATION OF HEA OF 1965 AND ALSO HEOA
- FALSE IMPRISONMENT
- SEXUAL ABUSE AND
- SEXUAL ASSAULT
- MIND TRICKERY
- EMOTIONAL DISTRESS AND THREAT OF PUNISHNENT
- FAILURE TO REPORT A CRIME AND UNDER FEDERAL LAW
- THEFT /LARCENAY OF PROPERTY
- AIDING AND ABETTING A CRIME(PENAL CODE SECTION 31)
- PUNISHMENT SYNDROME
- RAPE



MICHELLE BURNEY 618 SOUTH WABASH AVE APT 605 , CHICAGO , Illinois 60605

**MONEY DAMAGES**

3. REDUCED QUALITY OF LIFE AND COGNITIVE THINKING DECREASE. LASTED A LIFE TIME(slower to respond, etc)
4. PROPERTY DAMAGE

5. PHYSICAL AFFECT OF RAPE AND ALSO THE EFFECT.
6. SUFFER FROM LONG TERM HARM OF DEFAMATION, PRIVACY
7. FINANCIAL BURDEN( INCREASE OF COURTS, GOVERNMENT AND POLICE)

8. TRAUMA OF VICTIMIZATION- DIRECT REACTION OF THE WHAT HAPPENS AFTER A CRIME
    1. PHYSICAL , FINANCIAL, AND EMOTIONAL(REPRESSED MEMORY , LOWER GRADES, COGNITIVE FUNCTION ARE NOT AS SHARP AS THEY COULD HAVE BEEN. FEAR , SKIN PROBLEMS
    2. NOT ABLE TO RELATE TO PEOPLE WHO HAVE GOTTEN MONEY FROM SUCH OR LESS OFFENSE AS THE CLAIMS OF TORTURE AND .
    3. PESTERING OR HARASSING
    4. BASIC RIGHT TO USE THE BATHROOM TO ELIMNATE WASTE
        1. RIGHT TO HAVE EATEN ON A STANDARD DIET.

    5. MIND TRICKERY MADE ME VERY UNTRUSTING OF MEN AND SOME WOMEN.
    6.
        EDUCATIONAL INSTITUTION LACK GOOD JUDGMENT AND COULD HAVE PREVENTED MY SUFFERING AND ACCOUNT NUMBERS BEING USED BY OTHERS WHO STOLE MY PERSONAL INFORMATION, MOCKERY OF THE EVENTS.

